# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.C., a minor, by JERRY C. and JENNIFER C., his parents, | : |
| | : |
| **Plaintiffs** | CIVIL ACTION NO. 3:15-2198 |
| | : |
| v. | |
| | :     (JUDGE MANNION) |
| SCRANTON SCHOOL DISTRICT and SALISBURY BEHAVIORAL, HEALTH, INC., | : |
| | : |
| **Defendants** | |

## O R D E R

In light of the memorandum issued this same day, SSD's motion to dismiss, (Doc. 13), is **DENIED** with respect to plaintiffs' RA and ADA claims, (Counts I & II), which are based on allegations occurring after April 8, 2013. SSD's motion to dismiss is **GRANTED** to the extent that plaintiffs' allegations pre-dating April 8, 2013 cannot be the basis for their federal claims since they are time barred. SSD's motion to strike plaintiffs' allegations pre-dating April 8, 2013 is **DENIED**. New Story's motion to dismiss, (Doc. 14), all of plaintiffs' claims against it is **DENIED**. SSD and New Story are directed to file their answers to plaintiffs' complaint within 14 days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 13, 2016**