## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| A.C., a minor, by JERRY C. and JENNIFER C., his parents, : | |
| : | |
| **Plaintiffs** | **CIVIL ACTION NO. 3:15-2198** |
| : | |
| v. | |
| : | **(JUDGE MANNION)** |
| **SCRANTON SCHOOL DISTRICT** and **SALISBURY BEHAVIORAL,** : **HEALTH, INC.,** | |
| : | |
| **Defendants** | |

## O R D E R

In light of the memorandum issued this same day, SSD's motion to dismiss New Story's cross-claim against it, (Doc. 49), is **GRANTED**. New Story's cross-claim for indemnification against SSD is **DISMISSED WITH PREJUDICE**. New Story's cross-claim for contribution against SSD is **DISMISSED WITHOUT PREJUDICE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-2198-02-Order.wpd